**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHERRY, | Case No: 2:17-cv-07462-ODW-MRW |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |
| v. | |
| DOMETIC CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to the parties' Joint Stipulation to Dismiss Case Without Prejudice (ECF No. 18) and Federal Rule of Civil Procedure 41(a)(2): |

    Pursuant to the parties' Joint Stipulation to Dismiss Case Without Prejudice (ECF No. 18) and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

March 13, 2018

                                                        **OTIS D. WRIGHT, II**
                                        **UNITED STATES DISTRICT JUDGE**